ORIGINAL

BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
JEANNE C. WANLASS (SBN 167215)
jwanlass@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Plaintiff
INTERNATIONAL BANK OF COMMERCE

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BANK OF COMMERCE,<br><br>Plaintiff,<br><br>v.<br><br>THE HASSON FAMILY TRUST; SPI MARINA TWO, LTD.; TED HASSON; and ESTATE OF PEARLE HASSON,<br><br>Defendants. | Case No.: 8:11-cv-01651-AG-JPR<br><br>Assigned to Hon. Andrew J. Guilford<br><br>[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANTS THE HASSON FAMILY TRUST, TED HASSON, AND THE ESTATE OF PEARLE HASSON<br><br>Date: September 24, 2012<br>Time: 10:00 a.m.<br>Crtm: 10D |

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2235870.1
218539-10001

[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANTS

On this date, came before the Court for consideration Plaintiff International Bank of Commerce's Motion for Default Judgment on Complaint to Confirm Arbitration Award and Entry of Arbitration Award against Defendants The Hasson Family Trust, Ted Hasson, and the Estate of Pearle Hasson (the "Motion") in the above-referenced action. The Court, having considered the Motion, all responses and replies thereto, any argument of counsel, and all other matters properly before the Court, is of the opinion that the Motion, and all relief requested therein, should be granted and final judgment should be rendered and entered in favor of IBC from and against as to Defendants The Hasson Family Trust, Ted Hasson, and the Estate of Pearle Hasson (collectively, the "Defendants"), jointly and severally.

It is therefore ORDERED that the Motion and all relief requested therein is GRANTED.

It is FURTHER ORDERED that any claims or causes of action asserted by IBC against SPI Marina Two, Ltd. are dismissed without prejudice to the refiling.

It is FURTHER ORDERED that IBC have and recover final judgment from and against Defendants The Hasson Family Trust, Ted Hasson, and the Estate of Pearle Hasson:

1. $2,394,584.91, plus interest on the unpaid balance at the rate of six percent (6%) per annum from May 19, 2011 until paid in full.
2. $28,000.00 for IBC's reasonable and necessary attorneys' fees, costs, and expenses in connection with this matter.
3. The administrative fees and expenses of the American Arbitration Association totaling $11,450.00, and the compensation and expenses of the arbitrators totaling $7,415.00.

///
///
///
///

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2235870.1
218539-10001

2

[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANTS

It is FURTHER ORDERED that all further writs and other orders of the Court necessary to enforce and collect upon the foregoing judgment amounts shall issue without further order of the Court.

This is a final, appealable judgment. All relief not granted herein is DENIED.

Dated: Sept 24, 2012

HON. ANDREW J. GUILFORD
United States District Court Judge

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2235870.1
218539-10001

3

[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANTS